DEVIN R. GIFFORD, ESQ.
Nevada State Bar No. 14055
MATTHEW J. COOK, ESQ.
Nevada State Bar No. 15028
JOSEPH ROSKELLEY, ESQ.
Nevada State Bar No. 15456
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
dgifford@bremerwhyte.com
mcook@bremerwhyte.com
jroskelley@bremerwhyte.com

Attorneys for Defendant
Ryder Truck Rental

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT E. ATKINSON, TRUSTEE<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA; RYDER TRUCK RENTAL, a Florida Corporation; UNITED STATES POSTAL SERVICE, DOES I through V; and ROE BUSINESS ENTITIES I through V,<br><br>　　　　Defendants. | Case No. 2:24-cv-02141<br><br>**Stipulation and Order to Extend Discovery Deadlines**<br><br>**(Second Request)** |

　　　　IT IS HEREBY STIPULATED, by and between Plaintiff Robert E. Atkinson, Trustee, ("Plaintiff"), by and through his counsel of record, Robert E. Atkinson, Esq., of Atkinson Law Associates Ltd., Defendants United States of America and United States Postal Service (collectively referred to as "Federal Defendants"), by and through their counsel of record, R. Thomas Colonna, Esq. and Summer A. Johnson, Esq., and Defendant Ryder Truck Rental ("Defendant Ryder"), by and through its counsel of record, Devin R. Gifford, Esq., Matthew J. Cook, Esq., and Joseph J. Roskelley, Esq. of Bremer, Whyte, Brown, & O'Meara LLP, that the deadlines in this matter shall be extended by sixty (60 days). This is the second request for extension and is made prior

1

4922-1988-3604, v. 2

to the expiration of the earliest deadline to be extended (close of discovery). **The parties have entered into a tentative settlement resolving this entire case, and require additional time to effectuate it, including obtaining Bankruptcy Court approval**.

### I.  STATEMENT OF DISCOVERY COMPLETED

The parties have completed the following discovery:

1. The parties served their initial disclosures and have supplemented the same. Specifically, Plaintiff supplemented his initial disclosures on or about January 31, 2025, May 2, 2025, May 21, 2025, and June 11, 2025. The Federal Defendants supplemented their initial disclosures on or about February 21, 2025, March 14, 2025, and April 28, 2025. Defendant Ryder supplemented its initial disclosures on or about April 3, 2025, April 23, 2025, and June 6, 2025.

2. Plaintiff propounded written discovery on the Federal Defendants and on Defendant Ryder on March 10, 2025. The Federal Defendants provided their responses on April 3, 2025 and Defendant Ryder provided its responses on June 3, 2025.

3. Federal Defendants propounded written discovery on Plaintiff on January 31, 2025. Plaintiff provided his responses on May 2, 2025 and May 21, 2025.

4. Defendant Ryder propounded written discovery on Plaintiff on January 13, 2025, to which Plaintiff responded on January 31, 2025. Defendant Ryder propounded additional written discovery on Plaintiff on June 13, 2025.

5. On March 5, 2025, the depositions of Eric Yohan Rojas Guancha and Officer James G. Stucki were taken.

6. On May 13, 2025, Plaintiff served a list of designated expert witnesses.

7. On April 28, 2025, Federal Defendants served their designated Expert witness, to which Defendant Ryder Joined on May 5, 2025.

///

## II. DESCRIPTION OF REMAINING DISCOVERY TO BE COMPLETED

Defendant Ryder needs to take the depositions of Plaintiff's experts and treating physicians. Defendants require additional time to coordinate the setting of the depositions. Defendants' expert will require additional time to review the transcripts from said depositions to supplement the expert report. The parties reserve the right to engage in any other discovery permitted by applicable rules and within the revised discovery deadlines if the court approves this stipulation.

## III. REASONS WHY DISCOVERY HAS NOT BEEN COMPLETED WITHIN PRIOR TIME LIMITS AND WHY GOOD CAUSE EXISTS FOR GRANTING THE EXTENSION

Defendant Ryder needs to take the depositions of Plaintiff's experts and treating physicians. Defendants require additional time to coordinate the setting of the depositions. Defendants' expert will require additional time to review the transcripts from said depositions to supplement the expert report. The parties have been working together and diligently pursuing discovery in preparation of their respective cases.

The parties are presently attempting to resolve the current dispute and have a tentative settlement in place. The extension would allow the parties the time necessary to resolve the matter, should they agree, without judicial intervention. This could assist in conserving precious judicial resources. There is no prejudice to any party in granting this request. Accordingly, this request for extension is not made for the purpose of delay and good cause exists to extend the remaining discovery deadlines.

## IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

The parties have agreed that, with the Court's approval, the remaining discovery deadlines should be extended sixty (60) days. The parties agree to extend the deadlines as follows:

///

3

4922-1988-3604, v. 2

| Scheduled Event | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Close of Discovery | July 14, 2025 | **September 12, 2025** |
| Dispositive Motions | August 12, 2025 | **October 11, 2025** |
| Proposed Joint Pretrial Order | September 12, 2025 | **November 11, 2025** |

DATED this 10th day of July, 2025.

**SIGAL CHATTACH**
United States Attorney

*/s/ Summer A. Johnson*
R. Thomas Colonna, Esq.
Summer A. Johnson, Esq.
*Attorneys for Federal Defendants*

DATED this 10th day of July, 2025.

**BREMER WHYTE BROWN & O'MEARA LLP**

*/s/ Joseph J. Roskelley*
Devin R. Gifford.
Nevada Bar No. 14055
Matthew J. Cook, Esq.
Nevada Bar No. 15028
Joseph J. Roskelley, Esq.
Nevada Bar No. 15456
*Attorneys for Defendant Ryder Truck Rental*

DATED this 10th day of July, 2025.

**ATKINSON LAW ASSOCIATES LTD.**

*/s/ Robert E. Atkinson*
Robert E. Atkinson, Esq.
Nevada Bar No. 9958
*Attorney for Robert E. Atkinson, Trustee in Nevada Bankruptcy case 23-14324*

4

*Atkinson v. United States of America*
*United States District Court Case No.* 2:24-cv-02141

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following will be the schedule for completing all remaining discovery:

| Scheduled Event | Prior Deadlines | New Deadlines |
| --- | --- | --- |
| Close of Discovery | July 14, 2025 | **September 12, 2025** |
| Dispositive Motions | August 12, 2025 | **October 11, 2025** |
| Proposed Joint Pretrial Order | September 12, 2025 | **November 11, 2025** |

IT IS SO ORDERED.

DATED 7-11-25          .

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:

**BREMER, WHYTE, BROWN & O'MEARA, LLP**

 */s/ Joseph J. Roskelley*
DEVIN R. GIFFORD, ESQ.
Nevada State Bar No. 14055
MATTHEW J. COOK ESQ.
Nevada State Bar No. 15028
JOSEPH J. ROSKELLEY, ESQ.
Nevada State Bar No. 15456

4922-1988-3604, v. 2