ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT E. ATKINSON, Trustee,<br><br>Plaintiff,<br><br>v.<br><br>RYDER TRUCK RENTAL, a Florida corporation; and UNITED STATES OF AMERICA (for UNITED STATES POSTAL SERVICE); DOES I-V; and ROE BUSINESS ENTITIES I-V,<br><br>Defendants. | Case 2:24-cv-02141-APG-MDC<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE CASE, WITH PREJUDICE** |

Pursuant to a global settlement between the parties that has been approved in the United States Bankruptcy Court, all parties to this case hereby stipulate as follows:

1. This case shall be dismissed, with prejudice.
2. All parties to bear their own attorney fees and costs.

**IT IS SO STIPULATED.**

# # # # #

**PLAINTIFF:**                                   **UNITED STATES OF AMERICA**

*/s/ Robert E. Atkinson*                        */s/ Summer Johnson*
ROBERT E. ATKINSON                              SUMMER JOHNSON, ESQ.

-1-

BREMER WHYTE BROWN & O'MEARA LLP

*/s/ Devin Gifford*
DEVIN GIFFORD, ESQ.
*Attorneys for Defendant Ryder Truck Rental*

IT IS SO ORDERED:

Dated: November 12, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2:24-cv-02141-APG-MDC
Robert Atkinson v. Ryder Truck Rental et al